UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20533-CR-ALTONAGA

UNITED STATES OF AMERICA

v.

RAUL IGLESIAS,
                      **Defendant.**

_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN

The United States of America, having applied to this Court for a protective order regulating disclosure of the discovery materials and the sensitive information contained therein (the "Discovery") to defense counsel in connection with the government's discovery obligations, and the Court finding good cause therefore:

**IT IS HEREBY ORDERED** that the government's Motion for Protective Order Regulating Disclosure of Discovery Information is **GRANTED**;

**IT IS FURTHER ORDERED** that the government is authorized to disclose the Discovery in its possession, which the government believes is necessary to comply with the discovery obligations imposed by this Court;

**IT IS FURTHER ORDERED** that defense counsel shall hold the discovery materials in strict confidence, disclosing this information to the client, office staff, investigators, and witnesses (including any experts) only to the extent necessary to assist in the defense of this matter;

**IT IS FURTHER ORDERED** that defense counsel shall advise any person to whom the discovery materials are disclosed that, pursuant to this Protective Order, the information must be

held in strict confidence and the recipient may not further disclose or disseminate the information;

**IT IS FURTHER ORDERED** that defense counsel shall obtain a certification from each person to whom the discovery materials are disclosed, in which the recipient (a) acknowledges the restrictions set forth in the Protective Order, and (b) agrees that he/she will not disclose or disseminate the information without the express consent of defense counsel (who will also obtain a certification from such a third party receiving the materials).  Counsel shall keep a copy of each certification to identify the individuals who received the discovery materials and the date on which such information was first disclosed;[1] and

**IT IS FURTHER ORDERED** that at the conclusion of the litigation of this case, that is, after trial, sentencing, and appeal, if any, defense counsel shall return to the prosecutor assigned to the case at that time all the discovery materials previously provided in this case and any copies generated.

**DONE AND ORDERED** in chambers at Miami, Florida, this ____ day of _____, 2012.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Cc: All Counsel of Record

---

[1]    A certification to be used is attached hereto as Attachment A.

# Attachment A

## **CERTIFICATION**

I, _____, acknowledge that I have read the Court's Protective Order
      (Name of Recipient)

in the case of *United States v. Raul Iglesias*, **12-20533-CR-ALTONAGA**.  I also have been

advised by _____, that I will be viewing materials that contains sensitive
         (Name of Counsel)

information.  I also have been advised that such information should be held in strict confidence,

should only be used in connection with the investigation and trial preparation of this case and that

further disclosure, dissemination, or use is prohibited without defense counsel's express consent.

_____            _____
Signature                                                                       Date

--------------------------------------------------

I,_____, have provided _____ with a copy of the Court's
   (Name of Counsel)                          (Name of Recipient)

Protective  Order.  I also have advised _____   of his/her obligations under this
Order.
                                                   (Name of Recipient)

_____            _____
Signature                                                                       Date