FBI 8942760

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

FILED by _____ D.C.

AUG 24 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

United States of America
v.
RAUL IGLESIAS,

Defendant

**12-20533** cr-ALTONAGA

Case No.

MAGISTRATE JUDGE
SIMONTON

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RAUL IGLESIAS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment        ☐ Information       ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition      ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy Against Civil Rights, in violation of Title 18, United States Code, Section 241; Violation of Civil Rights, in violation of Title 18, United States Code, Section 242; Conspiracy to Possess with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846; Possession with Intent to Distribute a Controlled Substance, in violation of Title, 21, United States Code, Section 841(a)(1); Obstruction of Justice, in violation of Title 18, United States Code, Section 1512(b)(3) and False Statement, in violation of Title 18, United States Code, Section 1001(a) (2).

Date: 07/19/12

City and state:   Miami, Florida

_Issuing officer's signature_

Steven M. Larimore, Clerk of Court/ Court Administrator
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 07-20-12 | , and the person was arrested on *(date)* 07-20-12 | |

at *(city and state)*   Miami, FL by FBI             .

Date:  07-24-12

BY:  JOE GOESK, SDUSM, SD/FL
*Arresting officer's signature*

NEIL DESOUSA, Acting U.S. Marshal, SD/FL
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: RAUL IGLESIAS _____

$100,000 CSB _____

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   RICARDO DEL TORO

Last Known Address: 400 SW 51 Court _____

Miami, FL 33134 _____

_____

What Facility: _____

_____

Agent(s): S/A Michael Meyer, FBI _____

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)